UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00068-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JONATHAN VALENCIA,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set in the above-captioned case for **Friday, January 28, 2011 at 10:00 a.m.**

    Dated:  November 2, 2010